SEALED

| | |
|---|---|
| 1  BENJAMIN B. WAGNER<br>   United States Attorney<br>2  KIMBERLY A. SANCHEZ<br>   Assistant U.S. Attorney<br>3  4401 Federal Building<br>   2500 Tulare Street<br>4  Fresno, California  93721<br>   Telephone: (559) 497-4000 | FILED<br>FEB 02 2012<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>          DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>VINCENT JULIAN SALINAS,<br><br>   Defendant. | 1:12 CR 00030 AWI DLB<br><br>ORDER RE: EX PARTE MOTION TO SEAL INDICTMENT PURSUANT TO RULE 6(e), FEDERAL RULES OF CRIMINAL PROCEDURE |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein is sealed.

DATED: 2/2/2012        _____
                        U.S. MAGISTRATE JUDGE